UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Douglas B. Jewett          :        Case #: 06-56672
        Shelly R. Jewett

                                   :        Chapter 13

                                   :        Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 15, 2011          /s/ Frank M. Pees
                                   Frank M. Pees
                                   Chapter 13 Trustee


<u>Name and Address</u>                 <u>Amount</u>
Medtox Laboratories                $0.72
C/O Weisberg Law Office
PO BOX 26759
Minneapolis, MN 55426